**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **CARL STARR,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1037-KC** |
| | § | |
| **MARKWAYNE MULLIN and TOM LYONS,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

On this day, the Court considered Plaintiff Carl Starr's Motion to Dismiss ("Motion"), ECF No. 13. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that the Motion, ECF No. 13, is **GRANTED** and all of Plaintiff's claims in this case are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 19th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE